## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JAVON LYONS,

                     **Plaintiff,**

          v.

WARDEN, TOLEDO
CORRECTIONAL
INSTITUTION,

                  **Defendants.**

:

:

:

**Case No. 2:23-cv-3532**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Karen L. Litkovitz**

### ORDER

On February 18, 2026, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Javon Lyons's Motion for Leave to Proceed *in Forma Pauperis* on appeal be denied. (ECF No. 34.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Mr. Lyons's Motion (ECF No. 32) is **DENIED**. As set forth in the Report and Recommendation, Mr. Lyons remains free to request *in forma pauperis* status on appeal and the issuance of a certificate of appealability from the United States Court of Appeals for the Sixth Circuit.

    **IT IS SO ORDERED.**

                /s/ Sarah D. Morrison
                **SARAH D. MORRISON, CHIEF JUDGE**
                **UNITED STATES DISTRICT COURT**